```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JENNIFER FEINERMAN,

                      Plaintiff,

      - against -

T-MOBILE USA and DAVID
LAMPKIN, individually,

                    Defendants.
------------------------------------------------------------x

No. 08 Civ. 3517 (GEL) (DFE)

ECF Case

**STIPULATION EXTENDING**
**TIME TO ANSWER OR MOVE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for T-Mobile USA, Inc. to answer or move in response to the Complaint in this action is hereby extended until and including June 25, 2008.

Dated: New York, New York
       May 19, 2008

SACK & SACK, ESQS.

By: _____
Jonathan Sack (JS1835)
110 East 59th Street, 19th Floor
New York, New York 10022
Tel: (212) 702-9000

*Attorneys for Plaintiff Jennifer Feinerman*

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: _____
Edward A. Friedman (EF1995)
Hallie B. Levin (HL1628)
1633 Broadway
New York, New York 10019
(212) 833-1100

*Attorneys for Defendant T-Mobile USA, Inc.*

SO ORDERED:

_____
United States District Judge
5/23/08

614507.1