UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JENNIFER FEINERMAN,

                     Plaintiff,

        - against -

T-MOBILE USA and DAVID
LAMPKIN, individually,

                   Defendants.
------------------------------------------------------------x

No. 08 Civ. 3517 (GEL) (DFE)

ECF Case

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant T-Mobile USA, Inc. states that its indirect parent is Deutsche Telekom AG, which is a publicly traded company.

Dated: New York, New York
       June 25, 2008

                          FRIEDMAN KAPLAN SEILER & ADELMAN LLP

                          By: _____
                               Edward A. Friedman (EF1995)
                               Hallie B. Levin (HL1628)
                               1633 Broadway, 46th Floor
                               New York, New York 10019-6708
                               Tel: (212) 833-1100

                         *Attorneys for Defendant T-Mobile USA, Inc.*